[No. 1107-3.  Division Three.  June 18, 1974.]

*In the Matter of the Application for a Writ of Habeas Corpus of* WILLIAM LEE SANDERS, *Petitioner,* v. CHARLES MORRIS, *as Secretary of the Department of Social and Health Services, Respondent.*

Application filed in the Court of Appeals March 8, 1974, for a writ of habeas corpus. *Denied* by unpublished opinion pursuant to RCW 2.06.040.

[No. 1120-2.  Division Two.  June 20, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRYL AXSOM, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 60352, Waldo F. Stone, J., entered May 11, 1973. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 699-3.  Division Three.  June 21, 1974.]

ELMER EDMONSON *et al., Respondents,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES *et al., Appellants.*

Appeal from a judgment of the Superior Court for Franklin County, No. 17060, John T. Day, J., entered July 14, 1972. *Reversed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 2372-1.  Division One.  June 24, 1974.]

THE STATE OF WASHINGTON, *Appellant,* v. CALVIN JONES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 63623, William C. Goodloe, J., entered May 30, 1973. *Reversed* by unpublished opinion per Swanson, C.J., concurred in by Farris and Williams, JJ.